1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERMAINE TREGLE, a resident of California,<br><br>Plaintiff,<br><br>v.<br><br>TRULINE CORPORATION, a Nevada corporation, MARLENE CHARLEY, a resident of Arizona, DOES I-X, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-01945-LRH-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

The parties, JERMAINE TREGLE, who is represented by David Allen & Associates, and TRULINE CORPORATION and MARLENE CHARLEY, who is represented by Hutchison & Steffen, LLC, hereby stipulate and agree to the following:

1. The entire case, which includes all claims brought by all parties shall be dismissed with prejudice.

2. All parties agree to forever forgo the filing of any additional claims which may be brought as they relate to this lawsuit.

\*\*\*

\*\*\*

\*\*\*

3. Each party shall bear their own fees and costs.

DATED this 21 day of October, 2010.       DATED this 21 day of October, 2010.

HUTCHISON & STEFFEN, LLC                   DAVID ALLEN & ASSOCIATES

By: _____                By: /s/ David Allen
Kumen L. Taylor, Esq.                       David Allen
Christian M. Orme, Esq.                     DAVID ALLEN & ASSOCIATES
Peccole Professional Park                   5230 Folsom Boulevard
10080 West Alta Drive, Suite 200            Sacramento, CA 95819
Las Vegas, Nevada 89145

*Attorneys for Defendants*                  *Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED this __25th__ day of __October__, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE